UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 03 MJ 02051 (MRG) |
| Plaintiff, | |
| -against- | **ORDER OF DISMISSAL** |
| Roger Anglada | |
| Defendant. | |

------------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:   21   day of October  , 20 21
Poughkeepsie, New York